JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN NICHOLS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DAVID DIMMICK, an individual, JOSEPH BURPO, an individual, and DOES 1 to 100, inclusive,<br><br>Defendants. | No. CV 18-05459 AB(MAAx)<br><br>**[PROPOSED]** DISMISSAL ORDER<br><br>Honorable André Birotte Jr.<br>United States District Judge |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed without prejudice. Each party shall bear its own fees, costs, and expenses.

Dated:_February 26, 2019

_____
André Birotte Jr.
United States District Judge

1